Case 5:26-cv-00079   Document 4   Filed 02/11/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| YAUSEL LEON-CANAMERO | § § | |
| VS. | § § | CIVIL ACTION NO. 5:26-cv-79 |
| MIGUEL VERGARA *et al.* | § § § | |

## ORDER

Before the Court are Petitioner Yausel Leon-Canamero's Petition for Writ of Habeas Corpus and Emergency Motion for Temporary Restraining Order (Dkt. Nos. 1, 3). Having reviewed the pleadings and given the complexity of the claims, the Court hereby **ORDERS** Respondent to file a response and serve it on Petitioner within **ten (10) days** of the date of service. The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). **Given the time-sensitive nature of Petitioner's claims, no extensions will be granted**.

Pursuant to the Memorandum of Understanding dated January 29, 2026, the Court **FOREGOES** mail service. The Clerk of Court is **DIRECTED** to electronically serve the Petition for Writ of Habeas Corpus (Dkt. No. 1), Emergency Motion for Temporary Restraining Order (Dkt. No. 3), and this Order on the Southern District of Texas's Civil Chief Daniel Hu at USATXS.CivilNotice@usdoj.gov.

Such service does not substitute for the requirements of formal service but is instead intended only to provide Respondent notice and an opportunity to be heard at this initial juncture. **Petitioner is directed to serve Respondent in accordance**

**with Rule 4(i) of the Federal Rules of Civil Procedure and include a copy of this Order with that service.**

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **three (3) days** after Respondent files his respective answer or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

To preserve the status quo while the Court considers this matter, Respondent is **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal.

Finally, Respondent will not be served further notice of activity on this docket. Instead, he must arrange to monitor the docket himself, either by automatic electronic service or otherwise.

It is so **ORDERED**.

**SIGNED** February 11, 2026.

*[signature]*
Marina Garcia Marmolejo
United States District Judge